UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RENY RIVERO,

           Plaintiff,

- against -

AMERICA'S RECOVERY SOLUTIONS, LLC
and MAINSAIL PORTFOLIO FUND I, LLC,

           Defendants.

Case No. 1:13-cv-3359-ENV-LB

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, a true and correct copy of the Court's Order dated April 25, 2014 granting the undersigned's Motion for Leave to Withdraw Appearance for Defendant America's Recovery Solutions, LLC (Doc. No. 20) was served via First Class U.S. Mail, postage prepaid, as follows:

    Mr. Edmund Heartstedt
    America's Recovery Solutions, LLC
    P.O. Box 360781
    Strongsville, OH 44136-0014

Dated:  Valhalla, New York
         April 25, 2014

                                          /s/ Sergio Alves
                                      Sergio Alves
                                      KAUFMAN BORGEEST & RYAN LLP
                                      200 Summit Lake Drive
                                      Valhalla, New York 10595
                                      Phone: (914) 449-1000
                                      Fax: (914) 449-1100
                                      E-mail: salves@kbrlaw.com